1
2
3
4
5
6
7
8                    United States District Court
9                    Eastern District of California
10
11
12  Gerald Collins,
13          Petitioner,                No. Civ. S 04-2132 MCE PAN P
14     vs.                             Order
15  California State, et al.,
16          Respondents.
17                             -oOo-
18       April 8, 2005, the court informed petitioner that since he
19  challenged the same conviction in this proceeding as by a
20  separate petition, Civ. S 04-2049 MCE PAN, to change his pleading
21  he must make an appropriate motion in the other case and close
22  this file.
23       April 14, 2005, petitioner moved to amend the petition in
24  this action.
25       Petitioner's April 14, 2005, motion is denied.
26       So ordered.

1  Dated:  May 26, 2005.

2                                          /s/ Peter A. Nowinski
                                           PETER A. NOWINSKI
3                                          Magistrate Judge